IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNY LANDRY** | : |
| Plaintiff | : No. 2:18-CV-00198-RCM |
| vs. | : U.S. Magistrate Judge, |
| | : Robert C. Mitchell |
| **AMERICAN WIND TRANSPORT GROUP, LLC** | : |
| | : CIVIL ACTION |
| Defendant | : |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(I)

Pursuant to F.R.C.P. 41 (a)(1)(A)(I) of the Federal Rules of Civil Procedure, the plaintiff, DONNY LANDRY, by and through counsel, John R. Keating, Esquire and AMATO KEATING AND LESSA, P.C., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, AMERICAN WIND TRANSPORT GROUP, LLC.

Date: March 22, 2018

John R. Keating, Atty ID# 52779
Attorney for Plaintiff
Amato, Keating, & Lessa, P.C.
107 North Commerce Way
Bethlehem, PA 18017
610-866-0400